1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:19-CR-00042-JAM

12                        Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                         FINDINGS AND ORDER

14  JOSEPH FLOWERS,                        DATE: April 9, 2019
                                           TIME: 9:15 a.m.
15                        Defendant.       COURT: Hon. John A. Mendez

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on April 9, 2019.

21        2.      By this stipulation, defendant now moves to continue the status conference until May 21,

22  2019 at 9:15 a.m., and to exclude time between April 9, 2019, and May 21, 2019, under Local Code T4.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24              a)      The government has represented that the discovery associated with this case

25  includes approximately 94 pages of written discovery consisting of investigative reports,

26  criminal history information, and other documents, as well as the contents of two seized cellular

27  telephones that each contain hundreds of photograph, video, and other files. All of this discovery

28  has been either produced directly to counsel and/or made available for inspection and copying.

1            b)       Counsel for defendant desires additional time to review this discovery and

2    conduct factual investigation related to the charges in this case.

3            c)       Counsel for defendant believes that failure to grant the above-requested

4    continuance would deny her the reasonable time necessary for effective preparation, taking into

5    account the exercise of due diligence.

6            d)       The government does not object to the continuance.

7            e)       Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10           f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of April 9, 2019 to May 21, 2019,

12   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

13   because it results from a continuance granted by the Court at defendant's request on the basis of

14   the Court's finding that the ends of justice served by taking such action outweigh the best interest

15   of the public and the defendant in a speedy trial.

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

6
7  Dated:  April 5, 2019                                McGREGOR W. SCOTT
                                                        United States Attorney

8
9                                                       /s/ DAVID W. SPENCER
                                                        DAVID W. SPENCER
10                                                      Assistant United States Attorney

11
12  Dated:  April 5, 2019                               /s/ HANNAH R. LABAREE
                                                        HANNAH R. LABAREE
13                                                      Counsel for Defendant
                                                        JOSEPH FLOWERS

14

15                              **FINDINGS AND ORDER**

16    IT IS SO FOUND AND ORDERED this 5th day of April, 2019.

17

18                                                      /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
19                                                      UNITED STATES DISTRICT COURT JUDGE