McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00042-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSEPH FLOWERS, | DATE: July 16, 2019
TIME: 9:15 a.m.
COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 16, 2019.

2. By this stipulation, defendant now moves to continue the status conference until August 13, 2019, and to exclude time between July 16, 2019, and August 13, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes approximately 148 pages of written discovery consisting of investigative reports, criminal history information, photographs, and other documents, as well as the contents of two seized cellular telephones that each contain hundreds of photograph, video, and other files. All

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    of this discovery has been either produced directly to counsel and/or made available for

2    inspection and copying.

3          b)      In addition, on May 21, 2019, the government made available to the defense body

4    camera footage. The government produced a copy of that footage to the defense on June 26,

5    2019.

6          c)      Counsel for defendant desires additional time to review this discovery, conduct

7    factual investigation, and confer with her client.

8          d)      Counsel for defendant believes that failure to grant the above-requested

9    continuance would deny her the reasonable time necessary for effective preparation, taking into

10   account the exercise of due diligence.

11         e)      The government does not object to the continuance.

12         f)      Based on the above-stated findings, the ends of justice served by continuing the

13   case as requested outweigh the interest of the public and the defendant in a trial within the

14   original date prescribed by the Speedy Trial Act.

15         g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

16   et seq., within which trial must commence, the time period of July 16, 2019 to August 13, 2019,

17   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

18   because it results from a continuance granted by the Court at defendant's request on the basis of

19   the Court's finding that the ends of justice served by taking such action outweigh the best interest

20   of the public and the defendant in a speedy trial.

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 12, 2019  McGREGOR W. SCOTT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: July 12, 2019  /s/ Hannah R. Labaree
Hannah R. Labaree
Counsel for Defendant
JOSEPH FLOWERS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 12th day of July, 2019.

Dated: July 12, 2019  /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge